Legal File

JUDGE KAPLAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 CV. 259

| TONI BRAXTON<br>**Plaintiff**<br><br>-v-<br>BLACKGROUND RECORDS, LLC,<br>BARRY HANKERSON, and DOES 1<br>through 10, inclusive<br>**Defendant** | Case No.<br><br>Rule 7.1 Statement |

RECEIVED
JAN 12 2007
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _____TONI BRAXTON_____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: January 11, 2007

_____
Signature of Attorney

Attorney Bar Code: SP3634

Form Rule7_1.pdf